# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>Plaintiffs / Judgment Creditors,<br><br>vs.<br><br>COLUMBIA PACIFIC GLASS, INC.;<br>ADKISON GLAZING SERVICES, LLC; and<br>WILLIAM P. ADKISON,<br><br>Defendants / Judgment Debtors,<br><br>and<br><br>CENTRAL VALLEY BANK,<br><br>Garnishee. | Case No. 2:19-mc-00006-RSL<br><br>**ORDER DISCHARGING GARNISHEE AND CLOSING CASE** |

## **ORDER**

The Court having considered Plaintiffs' motion for an order discharging the garnishee herein, ORDERS that the above-named garnishee be DISCHARGED. The Clerk of Court is directed to close this case.

Dated this 27th day of March, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

THE URBAN LAW FIRM
&
CHRISTENSEN JAMES & MARTIN
720 N 10th Street, A #389
Renton, Washington 98057
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*